UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MELISSA LANDA,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**UNVERSITY OF MARYLAND,**<br>**COLLEGE PARK,**<br><br>    **Defendant.** | **Civil Action No. TSJ-22-0016** |

## CONSENT ORDER ON JOINT MOTION TO EXTEND DISCOVERY AND OTHER DEADLINES

This matter has come before the Court for consideration of the Joint Motion to Extend Discovery and Other Deadlines. The motion having been considered and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**.

The following deadlines are hereby extended:

| | |
|---|---|
| April 10, 2023: | Discovery deadline; submission of status report |
| April 28, 2023: | Requests for admission |
| June 2, 2023: | Dispositive pretrial motions deadline |

SO ORDERED, this __9th__ day of __January__, 2023.

/s/
Timothy J. Sullivan
United States Magistrate Judge