UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MELISSA LANDA,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**UNVERSITY OF MARYLAND,**<br>**COLLEGE PARK,**<br><br>    **Defendant.** | **Civil Action No. TSJ-22-0016** |

## JOINT STATUS REPORT

Plaintiff and Defendant (the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report, as required by the Court in its Scheduling Order, dated August 25, 2022, and state as follows:

a. As of today, June 13, 2023, the Parties have completed discovery, though the Parties may still amend and/or supplement their existing discovery responses, should doing so become necessary.

b. There are currently no pending motions.

c. The Parties anticipate filing dispositive pretrial motions.

d. A trial by jury has been requested by Plaintiff. Plaintiff anticipates that the trial will last three (3) to five (5) days. Defendant anticipates that the trial will last five (5) to six (6) days.

e. Counsel for the Parties participated in a teleconference on or about March 24, 2023 to discuss potential settlement. That teleconference included Abigail A. Southerland on behalf of

Plaintiff and Michael E. Rowan on behalf of Defendant.

  f. The Defendant's position is that the referral of this matter to another Judge for a settlement conference or other ADR would not be beneficial at this time.

  g. Plaintiff's position is that referral of this matter for a settlement conference or other ADR would be beneficial prior to or after the filing of dispositive motions.

|  |  |
|---|---|
|  | ANTHONY G. BROWN<br>Attorney General of Maryland |
| */s/ Abigail A. Southerland*<br>ABIGAIL A. SOUTHERLAND<br>TN Bar No. 22608<br>MARK GOLDFEDER<br>NY Bar No. 5275649<br>THE AMERICAN CENTER FOR<br>LAW AND JUSTICE<br>201 Maryland Avenue, N.E.<br>Washington, D.C. 20002<br>Tel: 202-546-8890<br>Fax: 202-546-9309<br>aoutherland@aclj.org<br>goldfed@gamil.com | s/ *Michael E. Rowan*<br>MICHAEL E. ROWAN<br>Federal Bar No. 27660<br>KATHRYN J. BRADLEY<br>Federal Bar No. 21242<br>Assistant Attorneys General<br>Office of the Attorney General<br>200 St. Paul Place, 17th Floor<br>Baltimore, Maryland 21202-2021<br>Tel: 410-576-6476<br>Fax: 410-576-6437<br>mrowan@oag.state.md.us<br>kbradley@oag.state.md.us |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Date: June 13, 2023