IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MELISSA LANDA, *Plaintiff*, | * * | |
| v. | * | No. 8:22-cv-00016-TJS |
| | * | |
| UNIVERSITY OF MARYLAND, COLLEGE PARK, *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Having considered the Joint Motion to Extend Time to Reopen Action, it is hereby, ORDERED that the Joint Motion is granted; and it is further ORDERED that the right of a party to move for good cause to reopen this action if settlement is not consummated is extended by an additional sixty (60) days. If no party moves to reopen within the extended time, the dismissal of this action shall be with prejudice.

Date: June 4, 2024

/s/
Timothy J. Sullivan
Chief United States Magistrate Judge